# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 12, 2016

## NO. 03-15-00153-CR

**The State of Texas, Appellant**

**v.**

**Frances Anita Robinson, Appellee**

## APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBETON AND BOURLAND
## REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.